JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAYIN-ZARI BEY,<br><br>       Plaintiff,<br><br>  v.<br><br>LOS ANGELES SHERIFF DEPARTMENT, et al.,<br><br>       Defendants. | Case No. CV 20-7458 VAP (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: July 2, 2021

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE